**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| FREEMAN D. NATION, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:07-1007 |
| | ) | Judge Trauger |
| DAVIDSON COUNTY SHERIFF'S OFFICE | ) | Magistrate Judge Bryant |
| and TENNESSEE DEPARTMENT OF | ) | |
| CORRECTION, | ) | |
| | ) | |
|     Defendants. | ) | |

### O R D E R

On May 27, 2008, the Magistrate Judge issued a Report and Recommendation (Docket

No. 9), to which no objections have been filed. The Report and Recommendation is therefore

**ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons

expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT**

**PREJUDICE** for failure to prosecute and failure to comply with court orders.

It is so **ORDERED**.

ENTER this 19th day of June 2008.

_____
ALETA A. TRAUGER
U.S. District Judge